UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY BLOCKER,

        Plaintiff,

CASE NO. 1:20-CV-772

v.

HON. ROBERT J. JONKER

STATE OF MICHIGAN, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge recommends dismissing Plaintiff's new action under 28 U.S.C. § 1915(e)(2). Plaintiff has filed a series of documents since the Report and Recommendation issued. It is hard to characterize them fairly as objections. They are largely incoherent and certainly not directly or specifically responsive. If anything, it seems Plaintiff is more upset with the United States than his named Defendants, the State of Michigan and Governor Whitmer. In any event, the Court has reviewed the entire file on a de novo basis and agrees with the Magistrate that the matter is subject to dismissal under 28 U.S.C. § 1915(e)(2).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 7) is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for failure to state a claim and lack of subject matter jurisdiction.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:   September 25, 2020        /s/ Robert J. Jonker
                                                             ROBERT J. JONKER
                                                             CHIEF UNITED STATES DISTRICT JUDGE